**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **vs.** | ) | **CRIMINAL ACTION 10-00187-KD** |
| **ERICA JORDAN,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This action is before the Court on the joint motion to continue the trial of defendant Erica Jordan (doc. 307). Upon consideration of the motion and the grounds stated therein, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), "the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial." Specifically, the Court finds that the request for continuance to further review discovery for trial preparation and for trial of the remaining defendants in one proceeding, is reasonable under the circumstances. See 18 U.S.C. § 3161(h)(7)(B)(iv)(requiring consideration of whether failure to grant a continuance "would deny counsel for defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.")

For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C.A. § 3161(h)(7)(A) (excluding "[a]ny period of delay resulting from a continuance granted by any judge . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.").

**However, this continuance is contingent upon defendant Erica Jordan filing a**

**written waiver of her right to a speedy trial signed by Jordan not later than Friday, October 29, 2010 at 3:00 p.m.** Accordingly, provided that defendant files her waiver of speedy trial , the motion to continue trial (doc. 307) is **GRANTED** and this case is continued to the **December 2010** criminal trial term with jury selection to be held on **November 29, 2010.**

The Clerk of the Court is directed to refer this matter to the appropriate Magistrate Judge to reschedule a pretrial conference in November 2010.

**DONE** and **ORDERED** this October 28, 2010.

    **s/ Kristi K. DuBose**
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**